IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| DEBRA A. LATCHUM, ) | |
| ) | Case No. 4:07CV00042 |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | By: Jackson L. Kiser |
| ) | Senior United States District Judge |
| Defendant. ) | |

Before me is the Report and Recommendation ("Report") of the United States Magistrate Judge recommending that Plaintiff's Motion for Summary Judgment be granted and the case remanded to the Commissioner of Social Security's ("Commissioner") for further proceedings. The Commissioner filed objections to the Report. I reviewed the Magistrate Judge's Report, Plaintiff's objections, and relevant portions of the Record. The matter is now ripe for decision. For the reasons stated in the accompanying Memorandum Opinion, I REJECT the Magistrate Judge's Report and GRANT Defendant's Motion for Summary Judgment.

The Clerk shall send a copy of this Order and the Memorandum Opinion to all counsel of record, and DISMISS this case from the docket.

Entered this 26th day of August, 2008.

s/Jackson L. Kiser
Senior United States District Judge

1